UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | C07-1894<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Edith Behm, et al.,<br>                Plaintiff(s),<br>vs.<br>Pfizer Inc, et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), **Anita Hillman**, individually and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: Jan. 6, 2010   By: [signature]

Hissey Kientz, L.L.P.
Eric Walker, Esq.
David L. Friend, Esq.
9442 Capital of Texas Hwy N., Suite 400
Austin, TX 78759
Telephone: (512) 320-9100
Facsimile: (512) 320-9101
Attorneys for Plaintiff(s)

DATED: Jan. 6, 2010   By: [signature]

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010   [signature]

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE