1  Erik Brent Walker
   Hissey, Kientz & Herron
2  16800 Imperial Valley Drive, Suite 130
   Houston, TX 77060
3  Telephone: 713-224-7670
   Facsimile: 713-224-7671
4  Email: erik@hkhlaw.com
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-1894 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Edith Behm, et al.,<br><br>          Plaintiffs<br><br>   vs.<br><br>Pfizer Inc, et al.,<br><br>          Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

21

22 Come now the Plaintiffs, Charlotte Keil and Hans Keil in the above-entitled action and

23 Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

24 Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

25 //

26 //

27 //

28 //

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: \_\_\_\_\_, 2010     By: /s/

**HISSEY, KIENTZ & HERRON**
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060
Telephone: 713-224-7670
Facsimile: 713-224-7671

*Attorneys for Plaintiffs*

DATED: 11/23, 2010     By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 29, 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**